**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vicario, John M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vicario, Alanna C** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba JMV Builders, Inc.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**Alanna Pranczke** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **1210** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **8780** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**15155 Orchard Trail**<br>**Lemont, IL**  ZIPCODE **60439-8400** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**15155 Orchard Trail**<br>**Lemont, IL**  ZIPCODE **60439-8400** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Vicario, John M & Vicario, Alanna C** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
   Signature of Attorney for Debtor(s)          Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08) | Page 3

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Vicario, John M & Vicario, Alanna C**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ John M Vicario*
Signature of Debtor                **John M Vicario**

X */s/ Alanna C Vicario*
Signature of Joint Debtor         **Alanna C Vicario**

Telephone Number (If not represented by attorney)

**December 11, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Andrew J. Maxwell*
Signature of Attorney for Debtor(s)

**Andrew J. Maxwell**
Printed Name of Attorney for Debtor(s)

**Maxwell Law Group, LLC**
Firm Name

**105 W. Adams**
Address

**Chicago, IL  60603-6209**

**(312) 368-1138**
Telephone Number

**December 11, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**  Case No. _____

**Vicario, John M & Vicario, Alanna C**_____  Chapter **7**_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **72**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 11, 2008**_____  */s/ John M Vicario*_____
Debtor

*/s/ Alanna C Vicario*_____
Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Vicario, John M**<br>15155 Orchard Trail<br>Lemont, IL  60439-8400 | **C & H Insulation, Inc.**<br>C/O Gerald W. Prudden<br>77 W. Washington, Ste 405<br>Chicago, IL  60602 | **Craig Millwork**<br>10410 W. 163rd Place<br>Orland Park, IL  60467 |
| **Vicario, Alanna C**<br>15155 Orchard Trail<br>Lemont, IL  60439-8400 | **Cach Of Colorado LLC - Fleet Bank**<br>C/O Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN  55438-5908 | **Craig Millwork C/O Michael Brennan, Esq.**<br>16521 S. 106th Court<br>Orland Park, IL  60467 |
| **Maxwell Law Group, LLC**<br>105 W. Adams<br>Chicago, IL  60603-6209 | **Casey's Restaurant Inc.**<br>136 N Whittaker Street<br>New Buffalo, MI  49117 | **Crawfor Supply Co.**<br>C/O Fuchs & Roselli, Ltd.<br>440 W Randolph Street, Ste 500<br>Chicago, IL  60606 |
| **1201 S. Western, LLC**<br>7039 W. Roosevelt Rd<br>Berwyn, IL  60402 | **Chase**<br>C/O AllianceOne<br>P.O. Box 3100<br>South Eastern, PA  19398-3100 | **CTI Collection Services**<br>P.O. Box  4783<br>Chicago, IL  60680-4783 |
| **84 Lumber Company**<br>C/O Teller Levit & Silvertrust PC<br>11 East Adams, #800<br>Chicago, IL  60603 | **Chase Bank / Kohl's**<br>C/O Professional Placement Services<br>P.O. Box 612<br>Milwaukee, WI  53201-0612 | **DSNB/Federated Retail Holdings**<br>C/O ACB American, Inc.<br>P.O. Box 2548<br>Cincinnatti, OH  45201-2548 |
| **Advocate Good Samaritan Hospital**<br>C/O ICS<br>P.O. Box 1010<br>Tinley Park, IL  60477-9110 | **Chicago Communitty Bank**<br>110 W. 35th St<br>Chicago, IL  60609 | **Farmers Insurance**<br>C/O Credit Collection Services<br>P.O. Box 55126<br>Boston, MA  02205-5126 |
| **America's Servicing Company**<br>P.O. Box 1820<br>Newark, NJ  07101-1820 | **Citibank**<br>C/O NCO Financial Systems Inc.<br>P.O. Box 15889<br>Wilmington, DE  19850-5889 | **First Personal Bank**<br>C/O The Law Offices Of Deborah S. Ashen<br>217 N. Jefferson, Ste 600<br>Chicago, IL  60661 |
| **American Express**<br>P.O. Box 740640<br>Atlanta, GA  30374-0640 | **Citibank - DSNB/Macy's**<br>C/O NCO Financial Systems Inc<br>P.O. Box 15889<br>Wilmington, DE  19850-5889 | **Fleet Bank**<br>C/O Select Financial Services, Inc.<br>P.O. Box 1070<br>Jenkintown, PA  19046-7370 |
| **American Express Travel**<br>C/O Nationwide Credit, Inc.<br>P.O. Box 740640<br>Atlanta, GA  30374-0640 | **Citizens Banking Corporation**<br>101 N. Washington<br>Saginaw, MI  48607 | **Fox Home Center, Inc**<br>P.O. Box 130<br>Worth, IL  60482 |
| **Big C Lumber**<br>P.O. Box 176<br>50860 Princess Way<br>Granger, IN  46530-0176 | **Cook County Tax Collector**<br>118 N. Clark Street<br>Room 434<br>Chicago, IL  60602 | **GapCard**<br>P.O. Box 530942<br>Atlanta, GA  30353-0942 |

| | | |
|---|---|---|
| **GE Money Bank/JC Penney**<br>C/O CTI<br>P.O. Box 4783<br>Chicago, IL  60680-4783 | **Inter. Revenue Service**<br>14479 John Humphrey Dr.<br>Orland Park, IL  60462 | **MCI**<br>C/O The CBE Group Inc.<br>P.O. Box 2038<br>Waterloo, IA  50704-2038 |
| **GE Money Bank/Sam's**<br>C/O ARM Inc<br>P.O. Box 129<br>Thorofare, NJ  08086-0129 | **Internal Revenue Service**<br>230 S. Dearborn St. Rm 2650<br>Chicago, IL  60604 | **Metal Products**<br>C/O W. Smith<br>8102 W. 119th , Ste 150<br>Palos Park, IL  60464 |
| **GMAC**<br>P.O. Box 2150<br>Greeley, CO  80632-2150 | **IRS**<br>Brookhaven Service Center<br>P.O. Box 960, Stop 102<br>Holtsville, NY  11742 | **Momper Insulation**<br>C/O Thorne - Grodnik<br>228 W High Street<br>Elkhart, IN  46516 |
| **Harbor Dunes Homeowners Association**<br>P.O. Box 105<br>New Buffalo, MI  49117 | **L. David Ehlert D/B/A Fisk Plumbing**<br>C/O Hunt Suedhoff Kalamaros, LLP<br>120 W LaSalle, P.O. Box 4156<br>South Bend, IN  46634-4156 | **MX Energy**<br>C/O CBCS<br>P.O. Box 163250<br>Columbus, OH  43216-3250 |
| **Harris Bank**<br>3800 Golf Road, Suite 300<br>PO Box 5038<br>Rolling Meadows, IL  60008 | **LVNC Funding LLC**<br>C/O Leading Edge Recovery Solutions, LLC<br>5440 N. Cumberland Ave, Ste 300<br>Chicago, IL  60656-1490 | **New Buffalo Twp Treasurer**<br>17425 Red Arrow Hwy<br>New Buffalo, MI  49117 |
| **Highlander Builder & Son, Inc.**<br>8507 S. 79th Court<br>Justice, IL  60458 | **LVNC/Walmart**<br>C/O Associated Recovery Systems<br>P.O. Box 469099<br>Escondido, CA  92046-9099 | **Nipsco**<br>C/O Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN  46321 |
| **Horizon Awing, LLC**<br>2227 E US Highway 12<br>Michigan City, IN  46360 | **LVNV Funding LLC**<br>C/O Weltman Weinberg & Reis Co, LPA<br>323 W. Ladeside Ave, Ste 200<br>Cleveland, OH  44113-1099 | **Oberweis Dairy**<br>951 Ice Cream Drive<br>Sweet One<br>North Aurora, IL  60542 |
| **HSBC Card Services**<br>P.O. Box 17051<br>Baltimore, MD  21297-1051 | **LVNV Funding Llc/ GE Capital**<br>C/O Nelson Watson & Associates<br>80 Merrimack St  Lower Level<br>Haverhill, MA  01830 | **Office Of Atty General-Revenue Litigatio**<br>James Newbold<br>100 W. Randolph, 13th Fl<br>Chicago, IL  60601 |
| **Ideal Railing Co.**<br>615 Pine St<br>Michigan City, IN  46360 | **LVNV Funding/Sears**<br>C/O NAFS<br>165 Lawrence Bell Dr.  Ste 100<br>Williamsville, NY  14231-9027 | **Orlans Associates PC**<br>P.O. Box<br>Troy, MI  49464 |
| **Installed Building Products, Inc.**<br>C/O Lowis & Gellen LLP<br>200 W Adams, Ste 1900<br>Chicago, IL  60606 | **Marshall Fields**<br>C/O Forster & Garbus<br>P.O. Box 9030<br>Farmingdale, NY  11735-9030 | **Pioneer Lumber**<br>1508 East US Highway 12<br>Michigan City, IN  46360-3298 |

River Road Tops, Inc.
210 River Street
Lemont, IL  60439

United Collection Bureau
5620 Southwyck Blve, Ste 206
Toledo, OH  43614

Robert E. & Judy Chanan
C/O Anthony Campanale
19 S. LaSalle, STE 1500
Chicago, IL  60603

Verizon Wireless
C/O AlliedInterstate
P.O. Box 361744
Columbus, OH  43236

Saggart Construction Inc.
C/O Thomas Lynch PC
9231 S. Roberts Road
Hickory Hills, IL  60457

Verizon Wireless
C/O LGD Financial Services
4553 Winters Chapel Rd.
Atlanta, GA  30360

Schaaf Window Co. Inc
18445 Thompson Court
Tinley Park, IL  60477

Whites Septic/Portable Toilets
Pete White
19400 Lakeside Rd.
New Buffalo, MI  49117

Semco Energy
C/O Midwestern Audit Services Inc
P.O. Box 1707
Troy, MI  48099-1707

Wood Flooring Inc.
C/O Paul Doucette
30 S Wacker Dr, Suite 2300
Chicago, IL  60606

Shalgas
C/O Robert Smith
10 S. Wacker
Chicago, IL  60606

Sprint
C/O AlliedInterstate
P.O. Box 361474
Columbus, OH  43236-1474

Stone Design, Inc.
C/O Law Offices Of Aaron M. Plotnicjk
1420 Renaissance Dr., Ste 301-F
Park Ridge, IL  60068

Target National Bank
C/O NCB Mgmt Services
P.O. Box 1099
Lanhorne, PA  19047

Town & Country Group
9327 Riley Street
Zealand, MI  49464